■ In the Matter of ETA ROTTENBERG, Respondent, v WAYNE CLARKE, Appellant. (Appeal No. 2.) [40 NYS3d 809]—Appeal from an order of the Family Court, Erie County (Kevin M. Carter, J.), entered March 13, 2014 in a proceeding pursuant to Family Court Act article 6. The order restrained respondent from injurious actions with respect to the subject child.

It is hereby ordered that said appeal is unanimously dismissed without costs.

Same memorandum as in *Matter of Rottenberg v Clarke* ([appeal No. 1] 144 AD3d 1627 [2016]). Present—Smith, J.P., Carni, Lindley, DeJoseph and Scudder, JJ.